# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## St. Paul, Minnesota

## NOTICE TO COUNSEL

Civil Case No.: 0:01cv1761 (DSD/ESS)

Jackson
v.
Bruton

**IN RE: Notice of Reassignment of Magistrate Judge - <u>NEW:</u>**0:01cv1761 (DSD/SRN)

**AT THE COURT'S DIRECTION**, the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at 651-848-1200.

**DATED: June 17, 2002**

**Richard D. Sletten, Clerk**

(17)

**FILED 6/17/02**
**Richard D. Sletten, Clerk**
**DEPUTY CLERK**