**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TONY D. JACKSON,**

**Petitioner,**

**v.**

**JAMES H. BRUTON. Warden,**

**Respondent.**

**Civil No. 01-1761 (DSD/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated September 5, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's "Motion Asking This Court To Reconsider Its Order Denying Oral Arguments," (Docket No. 20), is DENIED; and

2. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254, (Docket No. 1), is DISMISSED WITH PREJUDICE.

DATED: Sept. 26, 2002.

Judge David S. Doty
United States District Court Judge

FILED SEP 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______