# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tony D. Jackson

v.

James H. Bruton, Warden

Case No. Civil 01-1761 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Petitioner's Motion asking this court to Reconsider its order denying oral arguments is DENIED; and

2. Petitioner's application for habeas corpus relief under 28 U.S.C. 2254 is DISMISSED WITH PREJUDICE.

DATE: September 27, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk