UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1761(DSD/SRN)

Tony Dejaun Jackson,

Petitioner,

v. **ORDER**

James Bruton, sued as James H. Bruton, Warden,

Respondent.

This matter is before the court upon "Petitioner's Motion Asking the Court to Reconsider it's September 26, 2002 Order/And Motion for Court to Respond To Motion Withen [sic] Ten Days." In the motion, petitioner requests the court to give full consideration to all claims raised in the petitioner's objection to the September report and recommendation by Magistrate Judge Susan R. Nelson. The motion also appears to request the court to reconsider its September 27, 2002, order adopting the magistrate judge's report and recommendation.

Pursuant to Local Rule 7.1(g), motions to reconsider in a civil case are prohibited except by express permission of the court, which will be granted only upon a showing of "compelling circumstances." Local Rule 7.1(g). While petitioner has not requested permission to file a motion to reconsider, the court treats his motion as such and, after reviewing the file and the

FILED OCT 10 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

record, the court concludes that no compelling circumstances exist that would justify reconsideration of this matter. See Local Rule 7.1(g). Further, the court denies as moot petitioner's request that the court give full consideration to all claims raised in the petitioner's objection to the September report and recommendation because the court did so in its September 27, 2002 order.

Accordingly, **IT IS HEREBY ORDERED** that "Petitioner's Motion Asking the Court to Reconsider it's September 26, 2002 Order/And Motion for Court to Respond To Motion Withen [sic] Ten Days" is denied.

Dated: October 9, 2002

David S. Doty, Judge
United States District Court