UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1761(DSD/SRN)

Tony Dejaun Jackson,

Petitioner,

v. **ORDER**

James Bruton, sued as James H. Bruton, Warden,

Respondent.

This matter is before the court upon petitioner's application for certificate of appealability. Under the Antiterrorism and Effective Death Penalty Act of 1996, an appeal may not be taken from a final order in a habeas proceeding unless a "circuit justice or judge issues a certificate of appealability." 28 U.S.C. § 2253(c)(1). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This court has jurisdiction to issue a certificate of appealability. See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997).

A certificate of appealability should not issue merely because the appeal is brought in good faith and raises a "non-frivolous" issue. Kramer v. Kemna, 21 F.3d 305, 307 (8th Cir. 1994). Instead, the applicant must show "that the issues are debatable among reasonable jurists, a court could resolve the issues

FILED 11·27·02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

differently, or the issues deserve further proceedings." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994), cert. denied, 513 U.S. 946 (1994) (citing Lozado v. Deeds, 498 U.S. 430, 432 (1991)).

After reviewing the file, record and proceedings herein, the court concludes that petitioner has failed to meet the requisite substantial showing of a denial of his constitutional rights.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's application for a certificate of appealability is denied.

Dated: November 26, 2002

David S. Doty, Judge
United States District Court